**Agnes GLIWA, In Behalf of Herself and All Other Parties Similarly Situated and Affected, Appellant, v. UNITED STATES STEEL CORPORATION, Carnegie Steel Company, Clairton By-Product Coke Company, Carnegie Natural Gas Company and American Steel & Wire Company, Appellees.**

No. 7236.

Circuit Court of Appeals, Third Circuit.

Feb. 8, 1940.

Rehearing Denied May 13, 1940.

Asa L. Carter, of Elizabeth, Pa., for appellant.

John J. Heard, John C. Bane, Jr., Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., for appellees.

Before BIGGS, CLARK, and JONES, Circuit Judges.

PER CURIAM. For the reasons given in the opinion this day filed in the case of Agnes Gliwa v. United States Steel Corporation et al., 3 Cir., 111 F.2d 281, October Term 1939, the decree of the District Court is affirmed.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. William T. WALKER, Respondent on Review.**

No. 8635.

Circuit Court of Appeals, Sixth Circuit.

May 9, 1940.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

No counsel appearing on docket for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion to dismiss this cause, filed herein by the petitioner on review, it is by the Court, adjudged and ordered that this cause be, and is hereby dismissed, without costs to either party.

**Charles JONESI v. UNITED STATES of America.**

No. 9365.

Circuit Court of Appeals, Ninth Circuit.

May 23, 1940.

H. Sylvester Garvin and Hamlet P. Dodd, both of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., and F. A. Pellegrini, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of appellee to dismiss appeal for failure of appellant to pay deposit to print record as required by Rule 19 of this Court, and there being no opposition thereto, ordered motion granted, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.